UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER VELAZQUEZ, and RAMIRO TORRES, on behalf of themselves and all others similarly situated,

               Plaintiffs,

- against -

PIZZA ON STONE, LLC d/b/a ADRIENNE'S PIZZABAR, PETER POULAKAKOS, NICK ANGELIS, and FRANK CASANO,

               Defendants.

**ORDER**

20 Civ. 9087 (PGG) (GWG)

PAUL G. GARDEPHE, U.S.D.J.:

       In light of this Court's previous order referring this case to Magistrate Judge Gorenstein for general pretrial management (Dkt. No. 13), the Court's February 22, 2021 order setting an Initial Pretrial Conference for April 8, 2021 (Dkt. No. 31) is vacated.

Dated: New York, New York
       February 23, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge