

28 Liberty Street, 30th Floor • New York, NY 10005

Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: October 26, 2021

**VIA CM/ECF**
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court for the
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

          **Re:**    *Velazquez v. Pizza on Stone LLC et al.*, No: 1:20-cv-9087(PGG)(GWG)

Dear Judge Gardephe,

      We represent the Plaintiffs and Opt-In Plaintiffs in the above referenced matter. We write to update the Court regarding the status of the settlement in this case.

      On September 1, 2021, Plaintiffs informed the Court the Parties reached a settlement in principle and requested time to finalize the settlement and provide the appropriate approval papers. The Court on September 4, 2021 entered an order conditionally dismissing the matter and providing the Parties with 45-days to consummate the settlement.

      The Parties have finalized the settlement, and all but one of the individual Defendants have signed the agreement to date. We anticipate the remaining signature to be received in the coming days. Therefore, we respectfully request a short extension to October 27, 2021 to submit the appropriate approval papers.

      This is the first request for an extension of time regarding this deadline. Counsel for Defendant does not oppose this request.

      We thank the Court for its time and consideration of our request.

                                            Sincerely,

                                            Armando A. Ortiz

CC: All Counsel of Record (via CM/ECF)